# United States District Court

SOUTHERN DISTRICT OF FLORIDA

OCEAN OPTIQUE
DISTRIBUTORS, INC.,

v.

SOLOMON OVADIA, individually
and as Trustee of the Ovadia
Family Trust, the OVADIA
FAMILY TRUST, and LEON
WILDSTEIN,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 98-1509
CIV-MIDDLEBROOKS
MAGISTRATE JUDGE
TURNOFF

TO: (Name and Address of Defendant)

SOLOMON OVADIA, as Trustee of the Ovadia Family Trust,
2 N.E. 40th Street, Third Floor, Miami, FL 33137

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

JOSEPH W. BEASLEY, ESQ., Kelly, Black, Black, Byrne & Beasley, P.A.,
169 East Flagler Street, Suite 1400, Miami, FL 33131

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Carlos Juenke                              JUN 2 5 1998

CLERK                                       DATE

*Martha Diaz*

BY DEPUTY CLERK